Dismissed and Memorandum Opinion filed May 1, 2008








Dismissed
and Memorandum Opinion filed May 1, 2008.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00496-CV

______________

 

CHADRICK S. HENDERSON, Appellant

 

V.

 

CLAUDIO GUZMAN and FLORA GUZMAN, Appellees

 



 

On Appeal from the
County Civil Court at Law No. 2

Harris County,
Texas

Trial Court Cause
No. 840412

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed March 9, 2007.  On April 3, 2008, we abated
the appeal pursuant to appellant=s request so that the parties could
complete a settlement agreement.  On April 21, 2008, appellees filed a motion
to dismiss the appeal because the settlement agreement had been finalized.  See
Tex. R. App. P. 42.1.  Therefore,
we reinstate the appeal and grant the motion.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Judgment rendered and Memorandum Opinion filed May 1,
2008.

Panel consists of Chief Justice Hedges and Justices
Fowler and Boyce.